DLM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SPINNAKER GROUP, INC., Plaintiff, v. JEFFERSON AT PROVIDENCE PLACE APARTMENTS, L.P. Defendant. | CA 06 368ML<br>**NOTICE OF REMOVAL**<br>REMOVED FROM<br>RHODE ISLAND SUPERIOR COURT FOR PROVIDENCE COUNTY<br>State Court P.B. No 06-0356 |

Defendant Jefferson at Providence Place Apartments, L.P. ("Defendant") hereby invokes this Court's jurisdiction pursuant to 28 U.S.C. § 1441(a), and removes a civil court action commenced in the Rhode Island Superior Court for Providence County to the District Court for the District of Rhode Island.

AS GROUNDS FOR REMOVAL, Defendant states as follows.

1. On or about July 14, 2006, Plaintiff Spinnaker Group, Inc. ("Plaintiff") mailed a copy of the Complaint (the "Complaint") in the above captioned matter in the Rhode Island Superior Court for Providence County, Civil Action No. PB 06–3324.

2. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

3. Plaintiff is a Massachusetts corporation with its principal place of business in Massachusetts. *See* Complaint, ¶ 2.

4. The Defendant is a Delaware limited partnership with its principal place of business in Texas, and not a citizen of Massachusetts. *See* Complaint, ¶ 3.

5. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and removal to this Court is proper under 28 U.S.C. § 1441(a) as the controversy is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. *See* Complaint, *inter alia*, ¶¶ 2, 3, 25, 27, 30.

6. Pursuant to 28 U.S.C. § 1446(d) and LR Cv 81, Defendant will promptly file a copy of this Notice of Removal in the Rhode Island Superior Court for Providence County and serve copies of same upon the Plaintiff.

7. Pursuant to LR Cv 81(a), attached as Exhibit A is a certified copy of the complaint in the Rhode Island Superior Court case being removed.

8. Pursuant to LR Cv 81(b), attached as Exhibit B is a certified copy of the state court docket sheet. According to the Superior Court court docket sheet, the Complaint is the only pleading on file in the Providence County Superior Court.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1441 and 1446 Defendant respectfully removes this action now pending in the Superior Court for Providence County P.B. 06-0356, to the United States District Court for the District of Rhode Island.

JEFFERSON AT PROVIDENCE PLACE
APARTMENTS, L.P.

By its attorneys,

Charles D. Blackman (#5522)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903-2393
Phone: (401) 274-2000
Fax: (401) 277-9600

Dated: August 11, 2006

#599228

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above Notice of Removal was served upon the following attorney of record, by first-class mail postage pre-paid on August V_, 2006:

Heath S. Comley, Esq. #3932
The Law Office of Heath S. Comley
One Ship Street
Providence, RI 02909
(401) 331-5505

Charles D. Blackman

#599228