# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT
## CIVIL DOCKET SHEET

Case ID: PB-2006-3324 SPINNAKER GROUP INC V JEFFERSON AT PROV PLACE

Filing Date: 06-21-2006
Case Status: UNASSIGNED

Case Type: CONTRACT DAMAGES
Status Date: 06-21-2006

Plaintiff: SPINNAKER GROUP INC
ID: @10847260

Attorney: HEATH COMLEY

Defendant: JEFFERSON AT PROVIDENCE PLACE APART
ID: @10847261

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 06-21-2006 | COMPLAINT FILED | |
| 06-21-2006 | INITIAL FILING FEE | |
| 06-21-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP228682. |