CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I mailed a copy of the foregoing to Charles D. Blackman, Hinckley Allen Snyder, LLP, 1500 Fleet Center, Providence, RI 02903

Paul Izzo

Paul Izzo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ɔinnaker Group, Inc.
Plaintiff(s)

Dkt. No. 06-368-ML

ffers on at Providence
lace Apartments, LP
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Spinnaker Group, Inc. hereby moves that PAUL A. IZZO be admitted PRO HAC VICE he above case as counsel with local counsel identified below.

Spinnaker Group, INC.
(Plaintiff/~~Defendant~~)

By: Heath Cowley
Bar ID No.: 3932
Address: ONE SHIP STREET, Providen 02

TED: OCTOBER 27, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Rhode Island and Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) Massachusetts, and my eligibility to practice before those courts has not been ricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary ıority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have er had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has n convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any e in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission ing the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who sided).

Form 1 (cont'd)

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Paul Izzo
Signature of Pro Hac Vice Applicant

PAUL IZZO
Print Name State Bar ID #

PAUL IZZO, ESQUIRE
Firm Name

37 Manomet Road
Sharon, MA 02067
Business Address

781-784-3215
Tel. #

781-784-3215
Fax #

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

HEATH CONLEY
Print Name R.I. Bar ID # 3932

Law Office of Heath S. Conley
Firm and Business Address
One Ship Street
Providence, RI 02903

Tel. # 401-331-5505 Fax # 401-331-6110

---

**ORDER**

This motion is hereby ______________________________

______________________
District Judge

Date: