**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **SPINNAKER GROUP, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JEFFERSON AT PROVIDENCE PLACE APARTMENTS, L.P.,**<br><br>**Defendant.** | **CIVIL ACTION NO. 06-368-ML** |

**STIPULATION OF DISMISSAL**

Plaintiff Spinnaker Group, Inc. and Jefferson at Providence Place, LLP, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice.

SPINNAKER GROUP, INC.

By its Attorneys,

/s/ Heath S. Comley
Heath S. Comley (#3932)
Law Office of Heath S. Comley
One Ship Street
Providence, RI 02909
(401) 331-5055
(401) 331-6110 (Fax)

Paul Izzo (*pro hac vice*)
37 Manomet Road
Sharon, MA 02067
781-784-3215

JEFFERSON AT PROVIDENCE PLACE, LLP

By its Attorneys,

/s/ Charles D. Blackman
Charles D. Blackman (#5522)
Eric Eisenberg (*pro hac vice*)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (Fax)